**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DAVID CHUNG,

                             Defendant.

------------------------------------- x

ORDER

21 Crim. 107-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for October 27, 2021 at 10:30 a.m. is canceled.

Dated: New York, New York
       October 26, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge